## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| AMY STIPP,<br><br>      Plaintiff,<br>vs.<br><br>JULIE F. BEASLEY, PH.D., INC., *et al.*,<br><br>      Defendants. | **TRANSFER ORDER**<br><br>Case No.: 2:16-cv-00395-GMN-VCF |
| AMY STIPP,<br><br>      Plaintiff,<br>vs.<br><br>COLE, *et al.*,<br><br>      Defendants. | Case No.: 2:16-cv-00396-JAD-GWF |

      On February 25, 2016, Case No. 2:16-cv-00395-GMN-VCF was filed in this Court, and later that same day, Case No. 2:16-cv-00396-JAD-GWF was filed in this Court. These cases involve the same central legal and factual issues. Accordingly, the presiding District Judges in both of these actions have determined that these actions are related and that there is good cause to transfer them to the same District Judge and Magistrate Judge. Further, transfer will promote judicial efficiency, avoid duplicative filings, and will not result in prejudice to the parties.

/ / /

/ / /

/ / /

/ / /

Accordingly,

**IT IS HEREBY ORDERED** that 2:16-cv-00396-JAD-GWF is to be reassigned to Chief Judge Gloria M. Navarro for all further proceedings and all future references to that case shall bear the number 2:16-cv-00396-GMN-VCF.

**DATED** this 27th day of April, 2016.

_____
Jennifer A. Dorsey
United States District Judge

**DATED** this 26 day of April, 2016.

_____
Gloria M. Navarro, Chief Judge
United States District Judge